UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kentes West (K82893), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22 C 1275 |
| v. ) | |
| ) | Judge John J. Tharp, Jr. |
| Keenan Young, *et al.*, ) | Magistrate Judge Heather K. McShain |
| ) | |
| Defendants. ) | |

**MOTION FOR RELIEF FROM ORDER OF *PRO BONO*
ASSIGNMENT AND TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES Daniel Brown, counsel for Kentes West, Plaintiff in the above-captioned case, and moves pursuant to Local Rule 83.38 for relief from his assignment as counsel to Plaintiff and for leave to withdraw as counsel for Plaintiff. In support of this motion, Mr. Brown respectfully represents as follows:

On January 31, 2025, Mr. Brown was recruited and assigned by the Court to represent Plaintiff in accordance with his trial bar obligations under Local Rules 83.11(h) and 83.37. [Docket No. 171]. Mr. Brown thereafter entered his appearance for Plaintiff as ordered, [Docket No. 172], and undertook representing Plaintiff in this case.

Following a telephone conversation between Mr. Brown and Plaintiff on July 9, 2025, and additional communications that occurred thereafter, it became clear to Mr. Brown that he and Plaintiff have substantial disagreement regarding litigation strategy. Mr. Brown and Plaintiff also have personal incompatibility.

As a result, Mr. Brown now seeks relief from the Court's assignment order pursuant to Local Rule 83.38. Mr. Brown believes that the substantial disagreement on litigation strategy and

the personal incompatibility between he and Plaintiff each qualifies as good cause shown for his withdrawal under Local Rule 83.38(a)(4).

Mr. Brown spoke with Plaintiff by telephone on July 14, 2025, and informed Plaintiff of Mr. Brown's intention to withdraw from the case. Plaintiff did not raise any objection to Mr. Brown's motion at that time. Mr. Brown is also serving a copy of this motion upon Plaintiff via U.S. Mail to allow Plaintiff an opportunity to object or otherwise respond to Mr. Brown's motion, should Plaintiff wish to do so.

Mr. Brown has not previously requested withdrawal from a *pro bono* assignment.

Dated: July 14, 2025

Respectfully Submitted,

By: */s/* Daniel R. Brown
Daniel R. Brown
Williams Barber & Morel Ltd.
233 South Wacker Drive, Suite 6800
Chicago, IL 60606
312 443-3200 (phone)
312 630-8500 (fax)
drb@williamsbarbermorel.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, a true and correct copy of the foregoing motion was served via electronically via the Court's ECF/CM notification system to all parties receiving such notices. I also certify that on that same date I caused to be sent by U.S. Mail a copy of the foregoing motion on Plaintiff at the following address:

Kentes West
Req. No. K82893
Menard Correctional Center
PO Box 1000
Menard, IL 62259

*/s/* Daniel R Brown